IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JERRY J. LUCERO,

    Plaintiff,

v.

                                            No. 21-cv-1020 MV-JHR

FNU MORENO, *et al*,

    Defendants.

## ORDER TO CURE DEFICIENCY

    This matter is before the Court on Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 2). The Court cannot rule on the Motion because it does not include a six-month inmate account statement, as required by 28 U.S.C. § 1915(b)(1). Within thirty (30) days of entry of this Order, Plaintiff shall submit an inmate account statement reflecting transactions between April 20, 2021 and October 20, 2021. All filings must include the case number (21-cv-1020 MV-JHR). The failure to timely comply with this Order will result in dismissal of this action without further notice.

    **IT IS ORDERED** that within thirty (30) days of entry of this Order, Plaintiff shall file a certified inmate account reflecting transactions between April 20, 2021 and October 20, 2021.

_____
UNITED STATES MAGISTRATE JUDGE